# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LAUREN ASHLEY MORGAN et al., | Case No. 2:22-cv-01712-RSL |
| Plaintiffs, | |
| vs. | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF** |
| REALPAGE, INC. et al., | |
| Defendants. | |

Upon Plaintiffs' motion for leave to exceed the page limits of Local Rule 7(e)(4) for Plaintiffs' Motion to Appoint Interim Co-Lead Counsel for the Multifamily Plaintiffs, and good cause appearing, therefore,

IT IS HEREBY ORDERED that plaintiffs shall have leave to file a brief of 26 pages in support of their Motion to Appoint Interim Co-Lead Counsel for the Multifamily Plaintiffs.

Dated this 21st day of December, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge