UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUREN ASHLEY MORGAN; ERIK BARNES; SHERRY BASON; LOIS WINN; GEORGES EMMANUEL NJONG DIBOKI; JULIA SIMS; and SOPHIA WOODLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; CUSHMAN & WAKEFIELD, INC.; FPI MANAGEMENT, INC.; RPM LIVING, LLC; BH MANAGEMENT SERVICES, LLC; MID-AMERICA APARTMENT COMMUNITIES, INC.; MORGAN PROPERTIES, LLC; AVENUE5 RESIDENTIAL, LLC; BOZZUTO MANAGEMENT COMPANY; AVALONBAY COMMUNITIES, INC.; HIGHMARK RESIDENTIAL, LLC; EQUITY RESIDENTIAL; THE IRVINE COMPANY, LLC; ESSEX PROPERTY TRUST, INC.; ZRS MANAGEMENT, LLC; CAMDEN PROPERTY TRUST; UDR, INC.; CONAM MANAGEMENT CORPORATION; CORTLAND PARTNERS, LLC; THRIVE COMMUNITIES MANAGEMENT, LLC; SECURITY PROPERTIES INC.; CWS APARTMENT HOMES, LLC; PROMETHEUS REAL ESTATE GROUP, INC.; SARES REGIS GROUP OPERATING, INC.; MISSION ROCK RESIDENTIAL, LLC; and MORGAN GROUP, INC.,<br><br>Defendants. | No. 2:22-cv-01712<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT |

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Lauren Ashley Morgan, Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, and Sophia Woodland (collectively, "Plaintiffs") and Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., Cushman & Wakefield, Inc., FPI Management, Inc., RPM Living, LLC, BH Management Services, LLC, Mid-America Apartment Communities, Inc., Bozzuto Management Company, AvalonBay Communities, Inc., Highmark Residential, LLC, Equity Residential, Essex Property Trust, Inc., Camden Property Trust, UDR, Inc., ConAm Management Corporation, Thrive Communities Management, LLC, and Prometheus Real Estate Group, Inc. (collectively, the "Stipulating Defendants"), by and through their respective counsel,[1] hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 2, 2022. ECF No. 1.

WHEREAS, Plaintiffs served the Stipulating Defendants with process on or about December 7, 8, 9, 12, and 14, 2022.

WHEREAS, Plaintiffs have not yet served Morgan Properties, LLC, Avenue5 Residential, LLC, Cortland Partners, LLC, and Security Properties Inc.

WHEREAS, Plaintiffs and the Stipulating Defendants are not aware whether The Irvine Company, LLC, ZRS Management, LLC, CWS Apartment Homes, LLC, Sares Regis Group Operating, Inc., Mission Rock Residential, LLC, and Morgan Group, Inc. are yet represented by counsel.

WHEREAS, the Complaint asserts a claim under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, as of the date of this filing, the parties are aware that one or more of the

---

[1] Greystar Real Estate Partners, LLC, Lincoln Property Co., Cushman & Wakefield, Inc., RPM Living, LLC, BH Management Services, LLC, Mid-America Apartment Communities, Inc., Bozzuto Management Company, AvalonBay Communities, Inc., Highmark Residential, LLC, Essex Property Trust, Inc., Camden Property Trust, UDR, Inc., and Prometheus Real Estate Group, Inc. are still in the process of retaining local counsel for this action and have been represented by the national counsel listed in the signature block below.

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01712
1

Stipulating Defendants are named in multiple other lawsuits, in District Courts in Colorado, Massachusetts, Texas, and Washington, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, Plaintiffs and the Stipulating Defendants have conferred and agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint.

WHEREAS, Plaintiff and the Stipulating Defendants have agreed to meet and confer and file a status report with the Court by January 18, 2023 related to a schedule for the case.

WHEREAS, on November 28, 2022, this Court entered in *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one.

WHEREAS, on December 6, 2022, Judge Barbara J. Rothstein entered in *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), which is now pending before this Court, an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one.

WHEREAS, on December 8, 2022, Defendant Equity Residential filed a Motion to Transfer the instant case to the Southern District of California.

WHEREAS, on December 12, 2022, Judge Robert S. Lasnik entered in *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one.

WHEREAS, on December 19, 2022, the Stipulating Plaintiffs filed a Motion to Consolidate this matter with other matters pending in the Western District of Washington related to claims under Section 1 of the Sherman Act for alleged use of Real Page, Inc.'s revenue management software;

WHEREAS, Plaintiffs have submitted a proposed order, pursuant to their Motion to Consolidate, that if entered, would order consolidated complaints for, respectively, a Multifamily Housing class and a Student Housing Class, to be filed 45 days after the granting of the Order;

WHEREAS, in light of actions filed recently in the District of Colorado, the District of Massachusetts, and the Western District of Texas, the Stipulating Defendants intend on filing a motion pursuant to 28 U.S.C. § 1407 or, possibly, 28 U.S.C. § 1404, to transfer this case to the Northern District of Texas. In making this stipulation, the Stipulating Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives. The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiffs and the Stipulating Defendants stipulate and agree to suspend the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

STIPULATED to this 20th day of December, 2022.

| | |
|---|---|
| s/ *Steve W. Berman*<br>Steve W. Berman (WSB No. 12536)<br>steve@hbsslaw.com<br>Breanna Van Engelen (WSB No. 49213)<br>breannav@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br><br>*Counsel for Plaintiffs Lauren Ashley Morgan, Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, and Sophia Woodland Individually and on Behalf of All Others Similarly Situated*<br><br>/s/ *Maren R. Norton*<br>Maren R. Norton (WSBA No. 35435)<br>maren.norton@stoel.com<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: (206) 624-0900<br><br>Charles H. Samel (*pro hac vice* forthcoming)<br>charles.samel@stoel.com<br>Edward C. Duckers (*pro hac vice* forthcoming)<br>ed.duckers@stoel.com<br>STOEL RIVES LLP<br>1 Montgomery Street, Suite 3230<br>San Francisco, CA 94104<br>Telephone: (415) 617-8900<br><br>George A. Guthrie (*pro hac vice* forthcoming)<br>gguthrie@wilkefleury.com<br>WILKE FLEURY LLP<br>621 Capitol Mall, Suite 900<br>Sacramento, CA 95814<br>Telephone: (916) 441-2430<br><br>*Counsel for Defendant FPI Management, Inc.*<br><br>/s/ *Curt Roy Hineline*<br>Curt Roy Hineline (WSBA No. 16317)<br>BAKER & HOSTETLER LLP<br>999 Third Avenue, Suite 3900 | s/ *Heidi Bradley*<br>Heidi Bradley (WSBA No. 35759)<br>hbradley@bradleybernsteinllp.com<br>BRADLEY BERNSTEIN SANDS LLP<br>113 Cherry Street, PMB 62056<br>Seattle, Washington 98104-2205<br><br>Darin Sands (WSBA No. 35865)<br>dsands@bradleybernsteinllp.com<br>BRADLEY BERNSTEIN SANDS LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201<br><br>s/ *Jay Srinivasan*<br>Jay Srinivasan (*pro hac vice*)<br>jsrinivasan@gibsondunn.com<br>Daniel G. Swanson (*pro hac vice*)<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7430<br><br>Stephen Weissman (*pro hac vice*)<br>sweissman@gibsondunn.com<br>Michael J. Perry (*pro hac vice*)<br>mjperry@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036<br>Telephone: (202) 955-8678<br><br>Ben A. Sherwood (*pro hac vice*)<br>bsherwood@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-2671<br><br>*Counsel for Defendant RealPage, Inc.*<br><br>s/ *Benjamin I. VandenBerghe*<br>Benjamin I. VandenBerghe (WSBA No. 35477)<br>MONTGOMERY PURDUE PLLC<br>701 Fifth Avenue, Suite 5500 |

Seattle, WA 98104-4040
Telephone: (206) 332-1380

Carl W. Hittinger (*pro hac vice*)
chittinger@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 564-2898

*Counsel for Defendant Equity Residential*

Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

**National Counsel Participating in Meet and Confer:**

*/s/ William L. Monts*
William L. Monts, III (*pro hac vice* forthcoming)
william.monts@hoganlovells.com
Benjamin F. Holt (*pro hac vice* forthcoming)
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

Michael M. Maddigan (*pro hac vice* forthcoming)
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

*Counsel for Defendant Greystar Real Estate Partners, LLC*

*/s/ Gregory J. Casas*
Gregory J. Casas (*pro hac vice* forthcoming)
casasg@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

*/s/ Jeremy J. Calsyn*
Jeremy J. Calsyn (*pro hac vice* forthcoming)
jcalsyn@cgsh.com
Leah Brannon (*pro hac vice* forthcoming)
lbrannon@cgsh.com
Kenneth Reinker (*pro hac vice* forthcoming)
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay (*pro hac vice* forthcoming)
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendant Cushman & Wakefield, Inc.*

*/s/ Charles H. Samel*
Charles H. Samel (*pro hac vice* forthcoming)
charles.samel@stoel.com
Edward C. Duckers (*pro hac vice* forthcoming)
ed.duckers@stoel.com
STOEL RIVES LLP

Robert J. Herrington (*pro hac vice* forthcoming)
HerringtonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (*pro hac vice* forthcoming)
carusob@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (609) 442-1196

*Counsel for Defendant Lincoln Property Co.*

/s/ Ian Simmons
Ian Simmons (*pro hac vice* forthcoming)
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 29996
Telephone: (202) 383-5106

Stephen McIntyre (*pro hac vice* forthcoming)
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-8382

*Counsel for Defendant BH Management Services, LLC*

/s/ Michael D. Bonanno
Michael D. Bonanno (*pro hac vice* forthcoming)
mikebonanno@quinnemanuel.com
Christopher Kercher (*pro hac vice* forthcoming)
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

*Counsel for Defendant Highmark Residential,*

1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900

/s/ Britt M. Miller
Britt M. Miller (*pro hac vice* forthcoming)
bmiller@mayerbrown.com
Daniel T. Fenske (*pro hac vice* forthcoming)
dfenske@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

*Counsel for Defendant Mid-America Apartment Communities, Inc.*

/s/ James Kress
James Kress (*pro hac vice* forthcoming)
james.kress@bakerbotts.com
Paul Cuomo (*pro hac vice* forthcoming)
paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001-5692

Danny David (*pro hac vice* forthcoming)
danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, Texas 77002

*Counsel for Defendant Avenue5 Residential, LLC*

/s/ Lynn H. Murray
Lynn H. Murray (*pro hac vice* forthcoming)
lhmurray@shb.com
SHOOK HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock (*pro hac vice* forthcoming)
rsandrock@shb.com
SHOOK HARDY & BACON L.L.P.

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01712
6

*LLC*

/s/ Michael W. Scarborough
Michael W. Scarborough (*pro hac vice* forthcoming)
mscarborough@sheppardmullin.com
Dylan I. Ballard (*pro hac vice* forthcoming)
dballard@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 774-2963

*Counsel for Defendant Essex Property Trust, Inc.*

/s/ David D. Cross
David D. Cross (*pro hac vice* forthcoming)
dcross@mofo.com
Jeffrey A. Jaeckel (*pro hac vice* forthcoming)
jjaeckel@mofo.com
Robert W. Manoso (*pro hac vice* forthcoming)
rmanoso@mofo.com
Sonja Swanbeck (*pro hac vice* forthcoming)
sswanbeck@mofo.com
MORRISON & FOERSTER LLP
2100 L St, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500

*Counsel for Defendant UDR, Inc.*

/s/ James D. Bragdon
James D. Bragdon (*pro hac vice* forthcoming)
jbragdon@gejlaw.com
Sam Cowin (*pro hac vice* forthcoming)
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 North Charles St., Ste. 400
Baltimore, MD 21201
Telephone: (410) 347-1369

*Counsel for Bozzuto Management Company*

/s/ Benjamin R. Nagin
Robin Wechkin (WSBA 24746)

555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion (*pro hac vice* forthcoming)
lnovion@shb.com
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

/s/ Judith A. Zahid
Judith A. Zahid (*pro hac vice* forthcoming)
jzahid@zellelaw.com
Heather T. Rankie (*pro hac vice* forthcoming)
hrankie@zellelaw.com
ZELLE LLP
555 12th Street
Suite 1230
Oakland CA 94607
Telephone: (415) 633-1916

*Counsel for Defendant Prometheus Real Estate Group, Inc.*

/s/ Belinda S Lee
Belinda S Lee (*pro hac vice* forthcoming)
belinda.lee@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8851

E. Marcellus Williamson (*pro hac vice* forthcoming)
marc.williamson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2203

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01712
7

| | |
|---|---|
| rwechkin@sidley.com<br>SIDLEY AUSTIN LLP<br>8426 316th Pl. SE<br>Issaquah, WA 98027<br>Telephone: (415) 439-1799<br><br>Benjamin Nagin (*pro hac vice* forthcoming)<br>bnagin@sidley.com<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br><br>*Counsel for Defendant ConAm Management Corporation* | *Counsel for Defendant AvalonBay Communities, Inc.*<br><br>*/s/ David A. Walton*<br>David A. Walton (*pro hac vice* forthcoming)<br>dwalton@bellnunnally.com<br>Troy Lee (T.J.) Hales (*pro hac vice* forthcoming)<br>thales@bellnunnally.com<br>BELL NUNNALLY & MARTIN, LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, Texas 75201<br>Telephone: (214) 740-1445<br><br>*Counsel for Defendant RPM Living, LLC* |

# ORDER

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., Cushman & Wakefield, Inc., FPI Management, Inc., RPM Living, LLC, BH Management Services, LLC, Mid-America Apartment Communities, Inc., Bozzuto Management Company, AvalonBay Communities, Inc., Highmark Residential, LLC, Equity Residential, Essex Property Trust, Inc., Camden Property Trust, UDR, Inc., ConAm Management Corporation, Thrive Communities Management, LLC, and Prometheus Real Estate Group, Inc. to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended.

Plaintiffs and Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., Cushman & Wakefield, Inc., FPI Management, Inc., RPM Living, LLC, BH Management Services, LLC, Mid-America Apartment Communities, Inc., Bozzuto Management Company, AvalonBay Communities, Inc., Highmark Residential, LLC, Equity Residential, Essex Property Trust, Inc., Camden Property Trust, UDR, Inc., ConAm Management Corporation, Thrive Communities Management, LLC, and Prometheus Real Estate Group, Inc. shall meet and confer and file a status report with the Court by January 18, 2023.

Dated this 21st day of December, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01712
9

Case 3:23-cv-00330    Document 83    Filed 12/21/22    Page 10 of 10 PageID #: 1031