4       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
5                 AT SEATTLE

6

| | |
|---|---|
| 7  LAUREN ASHLEY MORGAN; ERIK BARNES; SHERRY BASON; LOIS WINN; GEORGES EMMANUEL NJONG DIBOKI; JULIA SIMS; and SOPHIA WOODLAND, Individually and on Behalf of All Others Similarly Situated, | No. 2:22-cv-01712-RSL  STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT |
| Plaintiff, | |
| v. | |
| REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; CUSHMAN & WAKEFIELD, INC.; FPI MANAGEMENT, INC.; RPM LIVING, LLC; BH MANAGEMENT SERVICES, LLC; MID-AMERICA APARTMENT COMMUNITIES, INC.; MORGAN PROPERTIES, LLC; AVENUE5 RESIDENTIAL, LLC; BOZZUTO MANAGEMENT COMPANY; AVALONBAY COMMUNITIES, INC.; HIGHMARK RESIDENTIAL, LLC; EQUITY RESIDENTIAL; THE IRVINE COMPANY, LLC; ESSEX PROPERTY TRUST, INC.; ZRS MANAGEMENT, LLC; CAMDEN PROPERTY TRUST; UDR, INC.; CONAM MANAGEMENT CORPORATION; CORTLAND PARTNERS, LLC; THRIVE COMMUNITIES MANAGEMENT, LLC; SECURITY PROPERTIES INC.; CWS APARTMENT HOMES, LLC; PROMETHEUS REAL ESTATE GROUP, INC.; SARES REGIS GROUP OPERATING, INC.; MISSION ROCK RESIDENTIAL, LLC; and MORGAN GROUP, INC., | |
| Defendants. | |

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Lauren Ashley Morgan, Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, and Sophia Woodland (collectively, "Plaintiffs") and Defendants Cortland Partners, LLC and Mission Rock Residential, LLC (the "Stipulating Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 2, 2022. ECF No. 1.

WHEREAS, Plaintiffs served the Stipulating Defendants with process on or about December 8 and 15, 2022.

WHEREAS, Plaintiffs and the Stipulating Defendants are not aware whether The Irvine Company, LLC, ZRS Management, LLC, CWS Apartment Homes, LLC, Sares Regis Group Operating, Inc., and Morgan Group, Inc. are yet represented by counsel.

WHEREAS, the Complaint asserts a claim under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, as of the date of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in District Courts in Colorado, Massachusetts, Texas, and Washington, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, Plaintiffs and the Stipulating Defendants have conferred and agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint.

WHEREAS, Plaintiff and the Stipulating Defendants have agreed to meet and confer and file a status report with the Court by January 18, 2023, in coordination with all other Defendants, related to a schedule for the case.

WHEREAS, on November 28, 2022, this Court entered in *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), an order that is essentially identical to the subjoined

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND
TO COMPLAINT
No. 2:22-cv-01712-RSL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 3:23-cv-00330    Document 111    Filed 12/30/22    Page 2 of 6 PageID #: 1141

order based on a stipulation that is essentially identical to this one.

WHEREAS, on December 6, 2022, Judge Barbara J. Rothstein entered in *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), which is now pending before this Court, an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one.

WHEREAS, on December 8, 2022, Defendant Equity Residential filed a Motion to Transfer the instant case to the Southern District of California.

WHEREAS, on December 12, 2022, Judge Robert S. Lasnik entered in *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one.

WHEREAS, on December 19, 2022, the Stipulating Plaintiffs filed a Motion to Consolidate this matter with other matters pending in the Western District of Washington related to claims under Section 1 of the Sherman Act for alleged use of Real Page, Inc.'s revenue management software.

WHEREAS, Plaintiffs have submitted a proposed order, pursuant to their Motion to Consolidate, that if entered, would order consolidated complaints for, respectively, a Multifamily Housing class and a Student Housing Class, to be filed 45 days after the granting of the Order.

WHEREAS, on December 20, 2022, Plaintiffs and 17 other Defendants agreed to suspend the response deadline to the Complaint on December 20, 2022 based on a stipulation that is essentially identical to this one. ECF No. 81.

WHEREAS, on December 21, 2022, this Court entered an order that is essentially identical to the subjoined order based on the stipulation between Plaintiffs and the 17 Defendants that is essentially identical to this one. ECF No. 83.

WHEREAS, on December 28 and 29, 2022, Plaintiffs and certain other defendants agreed to suspend the response deadline to the Complaint based on a stipulation that is essentially identical to this one. ECF Nos. 92, 95, 99.

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND
TO COMPLAINT
No. 2:22-cv-01712-RSL - 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 3:23-cv-00330    Document 111    Filed 12/30/22    Page 3 of 6 PageID #: 1142

WHEREAS, on December 29, 2022, this Court entered orders that are essentially identical to the subjoined order based on the stipulation between Plaintiffs and the respective defendants that is essentially identical to this one. ECF No. 94, 100.

WHEREAS, in light of actions filed recently in the District of Colorado, the District of Massachusetts, and the Western District of Texas, the Defendants intend on filing a motion pursuant to 28 U.S.C. § 1407 or, possibly, 28 U.S.C. § 1404, to transfer this case to the Northern District of Texas. In making this stipulation, the Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives. The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiffs and the Stipulating Defendants stipulate and agree to suspend the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

////

////

////

////

////

////

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND
TO COMPLAINT
No. 2:22-cv-01712-RSL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 3:23-cv-00330   Document 111   Filed 12/30/22   Page 4 of 6 PageID #: 1143

STIPULATED to this 29th day of December, 2022.

| | |
|---|---|
| s/ *Steve W. Berman* | /s/ *Rachel Tallon Reynolds* |
| Steve W. Berman (WSB No. 12536) | Rachel Tallon Reynolds, WSBA #38750 |
| steve@hbsslaw.com | Rachel.Reynolds@lewisbrisbois.com |
| Breanna Van Engelen (WSB No. 49213) | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| breannav@hbsslaw.com | 1111 Third Avenue, Suite 2700 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Seattle, Washington 98101 |
| 1301 Second Avenue, Suite 2000 | Telephone: (206) 436-2020 |
| Seattle, WA 98101 | Fax: (206) 436-2030 |
| Telephone: (206) 623-7292 | |
| *Counsel for Plaintiffs Lauren Ashley Morgan, Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, and Sophia Woodland Individually and on Behalf of All Others Similarly Situated* | *Counsel for Defendants Cortland Partners, LLC and Mission Rock Residential, LLC* |

**National Counsel Participating in Meet and Confer:**

/s/ *Todd R. Seelman*
Todd R. Seelman (*pro hac vice* forthcoming)
Todd.Seelman@lewisbrisbois.com
Thomas L. Dyer (*pro hac vice* forthcoming)
Thomas.Dyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln St. Ste. 4000
Denver, Colorado 80203
Telephone: (720) 292-2002
Fax: (303) 861-7767

*Counsel for Defendants Cortland Partners, LLC and Mission Rock Residential, LLC*

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01712-RSL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 3:23-cv-00330    Document 111    Filed 12/30/22    Page 5 of 6 PageID #: 1144

# ORDER

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants Cortland Partners, LLC and Mission Rock Residential, LLC to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended.

Plaintiffs and Defendants Cortland Partners, LLC and Mission Rock Residential, LLC shall meet and confer, in coordination with all other Defendants, and file a status report with the Court by January 18, 2023.

Dated this 30th day of December, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01712-RSL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 3:23-cv-00330   Document 111   Filed 12/30/22   Page 6 of 6 PageID #: 1145