UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | NO. 3:23-cv-03071<br><br>MDL No. 3071<br><br>**THIS DOCUMENT RELATES TO:**<br><br>3:23-cv-00331<br>3:23-cv-00333<br>3:23-cv-00326<br>3:23-cv-00377<br>3:23-cv-00445<br>3:23-cv-00338<br>3:23-cv-00411<br>3:23-cv-00379<br>3:23-cv-00387<br>3:23-cv-00390<br>3:23-cv-00344<br>3:23-cv-00388<br>3:23-cv-00334<br>3:23-cv-00389<br>3:23-cv-00416<br>3:23-cv-00358<br>3:23-cv-00380<br>3:23-cv-00339<br>3:23-cv-00330<br>3:23-cv-00329<br>3:23-cv-00337<br>3:23-cv-00412<br>3:23-cv-00381<br>3:23-cv-00391<br>3:23-cv-00335<br>3:23-cv-00415<br>3:23-cv-00414<br>3:23-cv-00345<br>3:23-cv-00356<br>3:23-cv-00757<br>3:23-cv-00792 |

**ORDER**

Pursuant to the Parties' stipulation dismissing without prejudice forty-five (45) Plaintiffs who were not in the Consolidated Complaints. (Doc. Nos. 527 and 530). The Parties agree and the Court concurs that the twenty-nine (29) actions affected by those dismissals should be closed.

The Court granted Defendants' Motion to Dismiss the Student Plaintiffs' First Amended Consolidated Class Action Complaint and dismissed their claims (Doc. Nos. 587, 690 and 691). The following actions affected by the dismissals shall be closed.

| Case Name | M.D. Tenn. Case No. |
|---|---|
| 1. *Alvarez et al. v. RealPage Inc., et al.* | 3:23-cv-00331 |
| 2. *Armas et al. v. RealPage Inc., et al.* | 3:23-cv-00333 |
| 3. *Bauman v. RealPage, Inc. et al.* | 3:23-cv-00326 |
| 4. *Bertlshofer v. RealPage Incorporated et al.* | 3:23-cv-00377 |
| 5. *Blosser v. RealPage, Inc., et al.* | 3:23-cv-00445 |
| 6. *Boelens v. RealPage Inc et al.* | 3:23-cv-00338 |
| 7. *Carter v. RealPage, Inc., et al.* | 3:23-cv-00411 |
| 8. *Corradino et al. v. RealPage Inc., et al.* | 3:23-cv-00379 |
| 9. *Crook v. RealPage Inc., et al.* | 3:23-cv-00387 |
| 10. *Enders v. RealPage Inc., et al.* | 3:23-cv-00390 |
| 11. *Godfrey v. RealPage Inc., et al.* | 3:23-cv-00344 |
| 12. *Hardie et al. v. RealPage Inc., et al.* | 3:23-cv-00388 |
| 13. *Johnson v. RealPage Inc., et al.* | 3:23-cv-00334 |
| 14. *Kramer v. RealPage Inc., et al.* | 3:23-cv-00389 |

| | |
|---|---|
| 15. *Lai Cheong v. RealPage, Inc., et al.* | 3:23-cv-00416 |
| 16. *Mackie v. RealPage Inc., et al.* | 3:23-cv-00358 |
| 17. *Marchetti v. RealPage Inc., et al.* | 3:23-cv-00380 |
| 18. *Moore v. The Irvine Co., LLC, et al.* | 3:23-cv-00339 |
| 19. *Morgan et al. v. RealPage Inc., et al.* | 3:23-cv-00330 |
| 20. *Navarro v. RealPage Inc., et al.* | 3:23-cv-00329 |
| 21. *Pham et al. v. RealPage Inc., et al.* | 3:23-cv-00337 |
| 22. *Precht v. RealPage Inc., et al.* | 3:23-cv-00412 |
| 23. *Saloman et al. v. RealPage Inc., et al.* | 3:23-cv-00381 |
| 24. *Schmidig v. RealPage Inc., et al.* | 3:23-cv-00391 |
| 25. *Silverman et al. v. RealPage Inc., et al.* | 3:23-cv-00335 |
| 26. *Spencer v. RealPage Inc., et al.* | 3:23-cv-00415 |
| 27. *Weller v. RealPage Inc., et al.* | 3:23-cv-00414 |
| 28. *Zhovmiruk v. RealPage Inc., et al.* | 3:23-cv-00345 |
| 29. *Kramer v. RealPage Inc., et al.* | 3:23-cv-00356 |
| 30. *Lauder et al. v. RealPage Inc., et al.* | 3:23-cv-00757 |
| 31. *Dempsey et al. v. RealPage Inc., et al.* | 3:23-cv-00792 |

Pursuant to Rule 10.1 of the Judicial Panel on Multidistrict Litigation ("JPML") Rules of Procedure, the Clerk shall transmit a copy of this Order to the Clerk of the JPML

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE